JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
    25350 Magic Mountain Pkwy Suite 300
    Valencia, CA 91355
    Tel: (818) 905 6611
    Fax: (818) 789 1375
    Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ANTHONY RAMIREZ )<br><br>       Plaintiff,   )<br><br>vs.          )<br>NANCY A. BERRYHILL₁, )<br>ACTING COMMISSIONER )<br>OF SOCIAL SECURITY  )<br>      Defendant   )<br>_____) | CASE NO. 2:17-00292 AFM<br><br>[PROPOSED] ORDER AWARDING ATTORNEYS FEES PURSUANT TO EAJA, 28 U.S.C. § 2412(d) |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorney's fees under EAJA,

IT IS HEREBY ORDERED that EAJA fees are awarded in the amount of $3,560.27 subject to the terms of the stipulation.

Dated: 12/14/17

_____
ALEXANDER F. MACKINNON
U.S. Magistrate Judge

_____

₁Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).